UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
CHRISTOPHER FITZGERALD,

          Plaintiff,

      -against-

NATIONWIDE LIFE INSURANCE CO.,

          Defendant/Third-Party Plaintiff,

      -against-

THE ESTATE OF GEORGE DEVICTORIA

          Third-Party Defendant.
--------------------------------------------------------------- x

**SUMMARY ORDER**

06 Civ. 5656 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

A suggestion of settlement having been made, it is hereby:

ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 60 days of the date of this Order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned.

SO ORDERED.

Dated:    New York, New York
            August 27, 2009

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge